# Exhibit A



Free personalized engraving available exclusively online.

## Wireless to the fullest.

After a simple one-tap setup, AirPods are automatically on and always connected.[1] Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.





## Your right-hand Siri.

Need a hand? Simply say "Hey Siri" for assistance without having to reach for your iPhone. And with Announce Messages, Siri can automatically speak your incoming messages as they arrive. You can choose which contacts you hear them from, and Siri won't interrupt you if you're on a call or sharing a song.[2]

Hey Siri, call Dad

Hey Siri, play my Chill Mix

Hey Siri, turn up the volume

Hey Siri, how do I get to Prospect Park?

## Performance you'll want to hear.

Powered by the Apple H1 headphone chip, AirPods deliver a faster and more stable wireless connection to your devices — up to 2x faster when switching between active devices,[3] and a 1.5x faster connection time for phone calls.[4] The H1 chip also drives voice-enabled Siri access and delivers up to 30 percent lower gaming latency.[5] So whether you're playing games, listening to music, or enjoying podcasts, you'll experience higher-quality sound.



**Knows when you're listening.**

Optical sensors and motion accelerometers work together to automatically control the audio experience, engaging the microphones for phone calls and Siri access, and enabling AirPods to play sound as soon as they're in your ears. You also have the freedom to wear one or both AirPods, and you can play or skip forward with a double-tap when listening to music.

**Knows when you're talking.**

A speech-detecting accelerometer recognizes when you're speaking and works with a pair of beamforming microphones to filter out external noise and focus on the sound of your voice.

## Lay it down, charge it up.

With the new Wireless Charging Case, charging is as simple as placing the AirPods case on a Qi-certified charging mat. That's it. The LED indicator on the front of the case lets you know that your AirPods are charging. And when you're away from a charging mat, you can use the Lightning port to charge.

Buy Wireless Charging Case ›

## The power of 24-hour battery life.

AirPods deliver an industry-leading[6] 5 hours of listening time[7] — and now up to 3 hours of talk time[8] — all on one charge. And they're made to keep up with you, thanks to a charging case that holds multiple charges for more than 24 hours of listening time.[9] Need a quick charge? Just put AirPods back in the case for 15 minutes to get up to 3 hours of listening time[10] or up to 2 hours of talk time.[11] To check the battery, hold the AirPods next to your iPhone or ask Siri "How's the battery on my AirPods?"

| More than | Up to | Only |
|---|---|---|
| **24** hr. | **5** hr. | **15** min. |
| of battery life with charging case | of listening time on one charge | of charging provides up to 3 hours of listening time |





## Instant setup. Easy listening.

AirPods connect immediately to your iPhone or Apple Watch, and sound switches seamlessly between the devices. Want to listen to your Mac or iPad? Just choose AirPods on those devices.[1] Easy setup, magical results.





# Two can play this song.

With new Audio Sharing,[12] you can easily share a song, podcast, or other audio stream between two sets of AirPods — each with independent volume control. If your AirPods are in their case, just bring them close to the iPhone or iPad you want to share with and connect in a tap. And if your AirPods are in your ears, bring your iPhone close to the device instead.









# AirPods Pro

Magic like you've never heard.

Learn more ›      Buy ›

* $9.99/month after free trial. No commitment. Plan automatically renews after trial until cancelled.

1. Requires an iCloud account and macOS 10.14.4, iOS 12.2, iPadOS, or watchOS 5.2 or later.

2. Works with second-generation AirPods. Siri is available on iPhone 4s or later, iPad Pro, iPad (3rd generation or later), iPad Air or later, iPad mini or later, and iPod touch (5th generation or later). Siri may not be available in all languages or in all areas, and features may vary by area. Internet access required. Cellular data charges may apply.

3. Testing conducted by Apple in February 2019 using preproduction AirPods (2nd generation) and AirPods units and software paired with iPhone Xs Max and iPad Pro (12.9-inch) (3rd generation) with prerelease software. Testing consisted of switching the audio source from iPad to iPhone. Performance depends on device settings, environment, and many other factors.

4. Testing conducted by Apple in February 2019 using preproduction AirPods (2nd generation) and AirPods units and software paired with iPhone Xs Max units and prerelease software. Testing consisted of transferring phone call audio from iPhone to AirPods. Performance depends on device settings, environment, and many factors.

5. Testing conducted by Apple in February 2019 using preproduction AirPods (2nd generation) and AirPods units and software paired with iPhone Xs Max units and prerelease software. Tested with Tomb of the Mask v1.6 and Doodle Jump v2.76.4. Testing consisted of measuring the time from iPhone screen tap to audio played in AirPods. Performance depends on device settings, environment, and many other factors.

6. Compared to completely wireless stereo headphones.

7. Testing conducted by Apple in February 2019 using preproduction AirPods (2nd generation), Charging Case, and Wireless Charging Case units and software paired with iPhone Xs Max units and prerelease software. The playlist consisted of 358 unique audio tracks purchased from the iTunes Store (256-Kbps AAC encoding). Volume was set to 50%. Testing consisted of full AirPods battery discharge while playing audio until the first AirPod stopped playback. Battery life depends on device settings, environment, usage, and many other factors.

8. Testing conducted by Apple in February 2019 using preproduction AirPods (2nd generation), Charging Case, and Wireless Charging Case units and software paired with iPhone Xs Max units and prerelease software. Volume was set to 50%. Testing consisted of full AirPods battery discharge with a cellular phone call until the first AirPod stopped playing call audio. Battery life depends on device settings, environment, usage, and many other factors.

9. Testing conducted by Apple in February 2019 using preproduction AirPods (2nd generation), Charging Case, and Wireless Charging Case units and software paired with iPhone Xs Max units and prerelease software. The playlist consisted of 358 unique audio tracks purchased from the iTunes Store (256-Kbps AAC encoding). Volume was set to 50%. Testing consisted of full AirPods battery discharge while playing audio until the first AirPod stopped playback. The drained AirPods were charged to 100 percent, then audio playback was resumed until the first AirPod stopped playback. This cycle was repeated until both the AirPods and charging case were fully discharged. Battery life depends on device settings, environment, usage, and many other factors.

10. Testing conducted by Apple in February 2019 using preproduction AirPods (2nd generation), Charging Case, and Wireless Charging Case units and software paired with iPhone Xs Max units and prerelease software. The playlist consisted of 358 unique audio tracks purchased from the iTunes Store (256-Kbps AAC encoding). Volume was set to 50%. 15-Minute charge testing conducted with drained AirPods that were charged for 15 minutes, then audio playback was started until the first AirPod stopped playback. Battery life depends on device settings, environment, usage, and many other factors.

11. Testing conducted by Apple in February 2019 using preproduction AirPods (2nd generation), Charging Case, and Wireless Charging Case units and software paired with iPhone Xs Max units and prerelease software. Volume was set to 50%. 15-Minute charge testing conducted with drained AirPods that were charged for 15 minutes, then a cellular phone call was started until the first AirPod stopped playing call audio. Battery life depends on device settings, environment, usage, and many other factors.

12. Works with iPhone 8 or later and iPod touch (7th generation) with the latest version of iOS; and 12.9-inch iPad Pro (2nd generation or later), 11-inch iPad Pro, 10.5-inch iPad Pro, iPad (5th generation or later), iPad Air (3rd generation), and iPad mini (5th generation) with the latest version of iPadOS.

Features are subject to change. Some features may not be available in all regions or all languages.

 Music  › AirPods  › AirPods (2nd generation)

| Shop and Learn | Services | Apple Store | For Business | Apple Values |
|---|---|---|---|---|
| Mac | Apple Music | Find a Store | Apple and Business | Accessibility |
| iPad | Apple News+ | Genius Bar | Shop for Business | Education |
| iPhone | Apple TV+ | Today at Apple | | Environment |
| Watch | Apple Arcade | Apple Camp | **For Education** | Inclusion and Diversity |
| TV | Apple Card | Field Trip | Apple and Education | Privacy |
| Music | iCloud | Apple Store App | Shop for College | Supplier Responsibility |
| AirPods | | Refurbished and Clearance | | |
| HomePod | **Account** | Financing | **For Healthcare** | **About Apple** |
| iPod touch | Manage Your Apple ID | Apple Trade In | Apple in Healthcare | Newsroom |
| Accessories | Apple Store Account | Order Status | Health on Apple Watch | Apple Leadership |
| Gift Cards | iCloud.com | Shopping Help | Health Records on iPhone | Job Opportunities |
| | | | | Investors |
| | | | **For Government** | Events |
| | | | Shop for Government | Contact Apple |
| | | | Shop for Veterans and Military | |

More ways to shop: Find an Apple Store or other retailer near you. Or call 1-800-MY-APPLE.

Copyright © 2020 Apple Inc. All rights reserved.    Privacy Policy    Terms of Use    Sales and Refunds    Legal    Site Map         United States

Exhibit B

Home / Electronics / Audio/Video / Headphones



 

# Apple AirPods Wireless Headphones with Charging Case (2nd Generation)

★★★★★  4.7  (8630)

Item  1170991  │  Model  MV7N2AM/A

Your Price         $139.99

$10 OFF & Free Shipping

$10 savings is valid 3/11/20 through 3/25/20. While supplies last. Limit 5 per member. Terms & Conditions

Shipping & Handling: $0.00*

Features:
- Quick access to Siri by saying "Hey Siri" or setting up double-tap
- Designed by Apple
- Double-tap to play or skip forward
- Charges quickly in the case
- Seamless switching between devices

Qty   1    Add to Cart

Add to Registry

Product Details                                              —

**Limit 5 per member**

**More magical than ever.**

Now with more talk time, voice-activated Siri access, AirPods deliver an unparalleled wireless headphone experience. Simply take them out and they're ready to use with all

your devices. Put them in your ears and they connect immediately, immersing you in rich, high-quality sound. Just like magic.

**Wireless to the fullest.**

After a simple one-tap setup, AirPods are automatically on and always connected. Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.

**Performance you'll want to hear.**

Powered by the all-new Apple H1 headphone chip, AirPods deliver a faster and more stable wireless connection to your devices — up to 2x faster when switching between active devices, and a 1.5x faster connection time for phone calls. The H1 chip also drives voice-enabled Siri access and delivers up to 30 percent lower gaming latency. So whether you're playing games, listening to music, or enjoying podcasts, you'll experience higher-quality sound.

**The power of 24-hour battery life.**

AirPods deliver an industry-leading 6.5 hours of listening time — and now up to 3 hours of talk time — all on one charge. And they're made to keep up with you, thanks to a charging case that holds multiple charges for more than 24 hours of listening time. Need a quick charge? Just put AirPods back in the case for 15 minutes to get up to 3 hours of listening time and 2 hours of talk time. To check the battery, hold the AirPods next to your iPhone or ask Siri "How's the battery on my AirPods?"

**Tech Specs**
- Weight: AirPods (each): 0.14 ounces, Charging Case: 1.34 ounces
- Dimensions: AirPods (each): 0.65 by 0.71 by 1.59 inches, Charging Case: 1.74 by 0.84 by 2.11 inches
- AirPod Sensors: Dual beam-forming microphones, dual optical sensors, motion-detecting accelerometer, speech-detecting accelerometer

**Power and Battery**
- AirPods with Charging Case: More than 24 hours listening time,
- AirPods (single charge): Up to 5 hours listening time, Up to 2 hours talk time 15 minutes in the case equals 3 hours listening time or over an hour of talk time

**System Requirements**
- iPhone, iPad and iPod touch models with iOS 12.2 or later
- Apple Watch models with watchOS 5.2 or later
- Mac models with macOS 10.14.4 or later

## Specifications                                                +

| | |
|---|---|
| Battery Life Up To | 24 Hour |
| Brand | Apple |
| Color | White |

| | |
|---|---|
| Compatible with | Apple iOS |
| Connection Type | Wireless |
| Features | Built-In Microphone |
| Features | Phone Control |
| Features | Rechargeable |
| Model | MV7N2AM/A |
| Talk Time | 3 Hour |
| Type of Headphones | In-the-Ear |
| Weight | 0.14 oz. |