# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name:  **Thomas v. Costco**                    Case Number:  **20cv718-LAB (BLM)**

Hon. Larry Alan Burns            Ct. Deputy: T. Weisbeck            Reporter: C. Ott

    Having reviewed the briefing on Defendant's motion to dismiss, the Court believes the motion may be more appropriately treated as a motion for summary judgment. *See* Fed. R. Civ. P. 12(d). The hearing on calendar for Monday, June 29, 2020 at 11:15 a.m. on Defendant's motion to dismiss is **VACATED**. An order providing further instructions and setting a briefing schedule will follow.

Date:  June 23, 2020

Hon. Larry A. Burns
Chief United States District Judge