UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOMAS<br><br>                         Plaintiff,<br>v.<br>COSTCO WHOLESALE CORPORATION, et al.<br>                         Defendants. | Case No.: 20cv718-LAB (BLM)<br><br>**ORDER PERMITTING SUPPLEMENTAL BRIEFING** |

      Defendant Costco Wholesale Corporation filed a motion to dismiss or alternatively to strike. (Docket no. 4.) The motion is supported, in part, by a request for judicial notice of listings for Apple AirPods on the Apple website. In support of his opposition, Plaintiff Jason Thomas asks the Court to take judicial notice of listings for Apple AirPods on both Costco's and Walmart's websites, as well as customer reviews taken from Costco's website. Some of these may be appropriate for judicial notice, but not all are. Rather than addressing some of the arguments now and reserving others for a future summary judgment motion, the Court believes the interests of efficiency and judicial economy would be best served by treating Defendant's motion to dismiss as a motion for summary judgment. *See* Fed. R. Civ. P. 12(d).

The parties may submit supplemental briefs presenting evidence on the issues raised in the briefing. Evidence to be considered should be properly authenticated. While the Court may take notice at this or any other stage of litigation, and may consider materials the complaint relies on, treating the exhibits as evidence is preferable. Each brief should not exceed five pages, not counting any lodged or appended material, and should be filed by **July 27, 2020**. Responses, not longer than five pages, should be filed by **August 10, 2020**. Evidentiary objections, or objections to requests for judicial notice should be included in the responses. The briefing should specifically cite and explain the significance of evidence it relies on; the parties should not expect that the Court will look through attached materials and create arguments for them.

After supplemental briefs are filed, the Court may schedule a hearing if appropriate. But otherwise, the matter will be deemed submitted on the papers.

**IT IS SO ORDERED**.

Dated: July 8, 2020

*Larry A. Burns*
Honorable Larry Alan Burns
Chief United States District Judge