**HARIRI LAW GROUP**
RAMIN R. HARIRI (SBN: 251625)
402 West Broadway, Suite 22
San Diego, CA 92101
Tel: (619) 363-2889
Fax: (619) 810-0791
Email: ramin@haririlaw.com

**KHASHAYAR LAW GROUP**
Daryoosh Khashayar, Esq. (SBN 236496)
Taylor Marks, Esq. (SBN 308381)
12636 High Bluff Drive, Suite 400, San Diego, CA 92130
Tel.: (858) 509-1550
Fax: (858) 509-1551
Email: daryoosh@mysdlawyers.com

ATTORNEYS FOR PLAINTIFF

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOMAS, Individually and On Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; DOES 1-10, inclusive,<br><br>                Defendants. | CASE NO.: 20-cv-0718-LAB-BLM<br><br>*Hon. Larry A. Burns*<br><br>**DECLARATION OF DARYOOSH KHASHAYAR IN SUPPORT OF SUPPLEMENTAL BRIEF, IN OPPOSITION TO SUMMARY JUDGMENT, AND IN SUPPORT OF PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE**<br><br>Action Filed on April 15, 2020 |

Hariri Law Group
402 West Broadway, Floor 22
San Diego, CA 92101

Khashayar Law Group
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

1

I, Daryoosh Khashayar, declare as follows:

1. I am an attorney at law duly licensed to practice before all courts of the State of California and the United States District Court for the Southern District of California. I am a principal of the law firm Khashayar Law Group, and one of the attorneys of record for Plaintiff Jason Thomas in the above-captioned action.

2. I have personal knowledge of each of the following facts, and if called upon to testify as to the same in a court of law, I could and would competently do so. In particular, I have personal knowledge of each website from which the pages comprising Exhibits B, C, D, E, F, and G were captured and printed. I have personally viewed each of these pages, and I can and do verify that each of the printouts submitted as Exhibits accurately reflect their contents and the image on the computer from which they were printed.

3. This Declaration is made in support of Plaintiff's Supplemental Brief, Opposition to Defendant's Motion for Summary Judgment (FRCP 12(d)); and in support of Plaintiff's Request for Judicial Notice.

4. Plaintiff's Exhibit A, attached to his Complaint, is not resubmitted herewith, as it consists of printouts of product pages from Apple's website, to which Costco has added additional pages from the same Apple website in its Request for Judicial Notice ("RJN") Ex. 1, 2, and 3. Plaintiff does not challenge the admissibility of those pages.

5. Plaintiff's submitted Exhibits are attached hereto beginning with Exhibit B, which was also an Exhibit to Plaintiff's Complaint. Exhibits B through G are also subject to judicial notice, which is concurrently requested for each.

6. Attached hereto as Exhibit B is a true and correct copy of Costco's former website product listing page for "Apple AirPods Wireless Headphones with Charging Case (2nd Generation) as it existed on the date Plaintiff purchased the subject AirPods (on or about March 24, 2020), at that time available at

2

Hariri Law Group
402 West Broadway, Floor 22
San Diego, CA 92101

Khashayar Law Group
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

Hariri Law Group
402 West Broadway, Floor 22
San Diego, CA 92101

Khashayar Law Group
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

1  https://www.costco.com/apple-airpods-wireless-headphones-with-charging-case-

2  (2nd generation).product.100487204.html  Exhibit B was captured and printed by a

3  member of my legal team, acting under my direction and supervision, using the

4  computer hardware and software customarily used by my office, on March 21,

5  2020.

6      7.  Attached hereto as Exhibit C is a true and correct copy of the pertinent

7  portions of Costco's current website product listing page for "Apple AirPods

8  Wireless Headphones with Charging Case (Latest Model)," available at

9  https://www.costco.com/apple-airpods-wireless-headphones-with-charging-case-

10  (latest-model).product.100487204.html  Exhibit C was captured and printed by a

11  member of my legal team, acting under my direction and supervision, using the

12  computer hardware and software customarily used by my office, on April 28, 2020.

13      8.  Attached hereto as Exhibit D is a true and correct copy of selected

14  consumer reviews posted on Costco's current website product listing page for

15  "Apple AirPods Wireless Headphones with Charging Case (Latest Model),"

16  available at

17  https://www.costco.com/apple-airpods-wireless-headphones-with-charging-case-

18  (latest-model).product.100487204.html  Exhibit D was captured and printed by a

19  member of my legal team, acting under my direction and supervision, using the

20  computer hardware and software customarily used by my office, on July 27, 2020.

21  These are only a few examples from the approximately 600 consumer comments

22  reviewed by my office, out of over 10,000 posted.

23      9.  Attached hereto as Exhibit E is a true and correct copy of the pertinent

24  portions of Walmart's current website product listing page for "Apple AirPods

25  with Charging Case (Latest Model)," available at

26  https://www.walmart.com/ip/Apple-AirPods-with-Charging-Case-Latest-

27  Model/604342441 Exhibit E was captured and printed by a member of my legal

28

3

Hariri Law Group
402 West Broadway, Floor 22
San Diego, CA 92101

Khashayar Law Group
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

team, acting under my direction and supervision, using the computer hardware and software customarily used by my office, on July 24, 2020.

10.  Attached hereto as Exhibit F is a true and correct copy of the pertinent portions of Target's  current website product listing page for "Apple AirPods with Wired Charging Case," available at

https://www.target.com/p/apple-airpods-with-wired-charging-case/-/A-54191097 Exhibit F was captured and printed by a member of my legal team, acting under my direction and supervision, using the computer hardware and software customarily used by my office, on July 24, 2020.

11.  Attached hereto as Exhibit G is a true and correct copy of the pertinent portions of  Amazon's current website product listing page for "Apple AirPods with Wired Charging Case," available at

https://www.amazon.com/Apple-AirPods-Charging-Latest-Model/dp/B07PXGQC1Q/ref=sr_1_1_sspa?crid=2VIHNFCRT1AV6&dchild=1&keywords=apple+airpods&qid=1595353014&sprefix=Apple+air%2Caps%2C209&sr=8-1-spons&psc=1&spLa=ZW5jcnlwdGVkUXVhbGlmaWVyPUEyTjNRVUdXTkdGVzUyJmVuY3J5cHRlZElkPUEwNjMyNTUxVUFBRlM0Ulg4SUEyJmVuY3J5cHRlZEFkSWQ9QTEwMDQ4NzBEQkJVSkxXUVYyT0wmd2lkZ2V0TmFtZT1zcF9hdGYmYWN0aW9uPWNsaWNrUmVkaXJlY3QmZG9Ob3RMb2dDbGljaz10cnVl Exhibit G was captured and printed by a member of my legal team, acting under my direction and supervision, using the computer hardware and software customarily used by my office, on July 24, 2020.

12.  Attached hereto as Exhibit H is a true and correct copy of the Declaration of Danial Holzer, the original of which is concurrently submitted herewith for filing.

DECLARATION OF DARYOOSH KHASHAYAR ISO PLAINTIFF'S SUPPLEMENTAL BRIEF, OPPOSITION TO SUMMARY JUDGMENT, AND ISO REQUEST FOR JUDICIAL NOTICE                    20-cv-0718

Hariri Law Group
402 West Broadway, Floor 22
San Diego, CA 92101

Khashayar Law Group
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

13.  Attached hereto as Exhibit I is a true and correct copy of the Declaration of Behnam Tabrizi, the original of which is concurrently submitted herewith for filing.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 27th day of July, 2020 in San Diego, California.

*Daryoosh Khashayar*
Daryoosh Khashayar, Declarant

5

# EXHIBIT B

Apple AirPods Wireless Headphones with Charging Case (2nd Generation)                                              3/21/20, 4:58 PM

Delivery ZIP Code: **92128**   Change

Home / Electronics / Audio/Video / Headphones                                                    Print



 

# Apple AirPods Wireless Headphones with Charging Case (2nd Generation)

★★★★★  4.7 (8630)
Item  1170991  |  Model  MV7N2AM/A

### Your Price        $139.99

$10 OFF & Free Shipping

$10 savings is valid 3/11/20 through 3/25/20. While supplies last. Limit 5 per member. Terms & Conditions

Shipping & Handling: $0.00*

Features:
- Quick access to Siri by saying "Hey Siri" or setting up double-tap
- Designed by Apple
- Double-tap to play or skip forward
- Charges quickly in the case
- Seamless switching between devices

🚚 Estimated delivery **Friday, March 27**
    Delivery ZIP Code: **92128** Change

Qty   [ 1 ]      Add to Cart

Add to Registry

## Product Details        —

**Limit 5 per member**

**More magical than ever.**

Now with more talk time, voice-activated Siri access, AirPods deliver an unparalleled wireless headphone experience. Simply take them out and they're ready to use with all

your devices. Put them in your ears and they connect immediately, immersing you in rich, high-quality sound. Just like magic.

**Wireless to the fullest.**

After a simple one-tap setup, AirPods are automatically on and always connected. Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.

**Performance you'll want to hear.**

Powered by the all-new Apple H1 headphone chip, AirPods deliver a faster and more stable wireless connection to your devices — up to 2x faster when switching between active devices, and a 1.5x faster connection time for phone calls. The H1 chip also drives voice-enabled Siri access and delivers up to 30 percent lower gaming latency. So whether you're playing games, listening to music, or enjoying podcasts, you'll experience higher-quality sound.

**The power of 24-hour battery life.**

AirPods deliver an industry-leading 6.5 hours of listening time — and now up to 3 hours of talk time — all on one charge. And they're made to keep up with you, thanks to a charging case that holds multiple charges for more than 24 hours of listening time. Need a quick charge? Just put AirPods back in the case for 15 minutes to get up to 3 hours of listening time and 2 hours of talk time. To check the battery, hold the AirPods next to your iPhone or ask Siri "How's the battery on my AirPods?"

**Tech Specs**
- Weight: AirPods (each): 0.14 ounces, Charging Case: 1.34 ounces
- Dimensions: AirPods (each): 0.65 by 0.71 by 1.59 inches, Charging Case: 1.74 by 0.84 by 2.11 inches
- AirPod Sensors: Dual beam-forming microphones, dual optical sensors, motion-detecting accelerometer, speech-detecting accelerometer

**Power and Battery**
- AirPods with Charging Case: More than 24 hours listening time,
- AirPods (single charge): Up to 5 hours listening time, Up to 2 hours talk time 15 minutes in the case equals 3 hours listening time or over an hour of talk time

**System Requirements**
- iPhone, iPad and iPod touch models with iOS 12.2 or later
- Apple Watch models with watchOS 5.2 or later
- Mac models with macOS 10.14.4 or later

---

## Specifications     +

| | |
|---|---|
| Battery Life Up To | 24 Hour |
| Brand | Apple |
| Color | White |

Case 3:20-cv-00718-LAB-BLM   Document 12-2   Filed 07/27/20   PageID.258   Page 9 of 59

| Compatible with | Apple iOS |
|---|---|
| Connection Type | Wireless |
| Features | Built-In Microphone |
| Features | Phone Control |
| Features | Rechargeable |
| Model | MV7N2AM/A |
| Talk Time | 3 Hour |
| Type of Headphones | In-the-Ear |
| Weight | 0.14 oz. |

## Reviews (8630)                                                    +

★★★★★  4.7  |  8630 Reviews

[ Search topics and reviews ]  🔍

Reviews

Rating Snapshot

Select a row below to filter reviews.

| 5 ★ | 7394 |
|---|---|
| 4 ★ | 744 |
| 3 ★ | 175 |
| 2 ★ | 73 |
| 1 ★ | 244 |

Average Customer Ratings

Overall  ★★★★★            4.7

Most Helpful Favorable Review

★★★★★                    ★ Top 250 Contributor

Frank · 11 months ago

Love these Airpods ...but the description is WRONG

Apple AirPods Wireless Headphones with Charging Case (2nd Generation)                    5/29/20, 4:58 PM

This is my first set of Airpods and they are great. Please note though that Costco's description i… Show Full Review

624 of 779 people found this helpful

See more 4 and 5 star reviews

Most Helpful Critical Review

★☆☆☆☆

The Maven · 11 months ago

Right airpod not working

Returned my perfectly working airpods to Apple to buy this at Costco at a discount. Got a dud right … Show Full Review

79 of 240 people found this helpful

See more 1, 2, and 3 star reviews

1–8 of 8630 Reviews                     Sort by: Most Relevant ▾   ≡

 ★★★★★ mDOGG · 8 months ago                    ✪ Verified Purchaser
Outstanding Product!

I absolutely *love* these AirPods. I purchased them to replace a different type of Bluetooth headset that I purchased a couple of years ago which sat around my neck and featured retractable earbuds. These function MUCH better on my iPhone than my previous ones. They include the ability to access Siri simply by saying "Hey Siri" as long as at least one of them is in my ear. Additionally, they announce Caller-ID information for incoming calls unlike my previous headphones.

The battery life is exceptional. The case design is outstanding. I only wish they were available in black rather than white, but either way, they're the best wireless headphones I have ever owned.

✔ **Yes**, I recommend this product.

Helpful?    Yes · 39    No · 3    Report

EXHIBIT C

Delivery ZIP Code: **92128**   Change

Lists | Reorder

Home / Electronics / Audio/Video / Headphones & Earbuds                                         Print



 

# Apple AirPods Wireless Headphones with Charging Case (Latest Model)

★★★★★   4.7  (9582)

Item  1170991 | Model  MV7N2AM/A

## Your Price      **$139.99**

Free Shipping

Shipping & Handling: $0.00*

Features:
- 2nd Generation Airpods Charge Quickly in the Case
- Automatically on, Automatically Connected
- Double-tap to Play or Skip Forward
- Quick Access to Siri by Saying "Hey Siri"
- Easy Setup and Seamless Switching Between all your Devices

🚚 Estimated delivery **Tuesday, May 19**
Delivery ZIP Code: **92128** Change

Qty   [ 1 ]      Add to Cart

Add to Registry

## Product Details                                            —

**Limit 5 per member**

**More magical than ever.**

Now with more talk time, voice-activated Siri access, AirPods deliver an unparalleled wireless headphone experience. Simply take them out and they're ready to use with all your devices. Put them in your ears and they connect immediately, immersing you in rich, high-quality sound. Just like magic.

Apple AirPods Wireless Headphones with Charging Case (Latest Model)                                                                7/28/20, 6:39 PM

**Wireless to the fullest.**

After a simple one-tap setup, AirPods are automatically on and always connected. Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.

**Performance you'll want to hear.**

Powered by the all-new Apple H1 headphone chip, AirPods deliver a faster and more stable wireless connection to your devices — up to 2x faster when switching between active devices, and a 1.5x faster connection time for phone calls. The H1 chip also drives voice-enabled Siri access and delivers up to 30 percent lower gaming latency. So whether you're playing games, listening to music, or enjoying podcasts, you'll experience higher-quality sound.

**The power of 24-hour battery life.**

AirPods deliver an industry-leading 6.5 hours of listening time — and now up to 3 hours of talk time — all on one charge. And they're made to keep up with you, thanks to a charging case that holds multiple charges for more than 24 hours of listening time. Need a quick charge? Just put AirPods back in the case for 15 minutes to get up to 3 hours of listening time and 2 hours of talk time. To check the battery, hold the AirPods next to your iPhone or ask Siri "How's the battery on my AirPods?"

**Tech Specs**
- Weight: AirPods (each): 0.14 ounces, Charging Case: 1.34 ounces
- Dimensions: AirPods (each): 0.65 by 0.71 by 1.59 inches, Charging Case: 1.74 by 0.84 by 2.11 inches
- AirPod Sensors: Dual beam-forming microphones, dual optical sensors, motion-detecting accelerometer, speech-detecting accelerometer

**Power and Battery**
- AirPods with Charging Case: More than 24 hours listening time,
- AirPods (single charge): Up to 5 hours listening time, Up to 2 hours talk time 15 minutes in the case equals 3 hours listening time or over an hour of talk time
- Standard charging case charges using standard Lightning connector

**System Requirements**
- iPhone, iPad and iPod touch models with iOS 12.2 or later
- Apple Watch models with watchOS 5.2 or later
- Mac models with macOS 10.14.4 or later

---

Specifications                                                                                           +

| Battery Life Up To | 24 Hour |
| Brand | Apple |
| Color | White |

| | |
|---|---|
| Compatible with | Apple iOS |
| Connection Type | Wireless |
| Features | Built-In Microphone |
| Features | Phone Control |
| Features | Rechargeable |
| Model | MV7N2AM/A |
| Talk Time | 3 Hour |
| Type of Headphones | In-the-Ear |
| Weight | 0.14 oz. |

## Reviews (9582)                                              +

★★★★★  4.7  |  9582 Reviews

| Search topics and reviews | 🔍 |

Reviews

### Rating Snapshot

Select a row below to filter reviews.

| 5 ★ | 8224 |
| 4 ★ | 804 |
| 3 ★ | 193 |
| 2 ★ | 83 |
| 1 ★ | 278 |

### Average Customer Ratings

Overall  ★★★★★  4.7

### Most Helpful Favorable Review

★★★★★                          ★ Top 250 Contributor

Frank · a year ago

Love these Airpods ...but the description is WRONG

Feedback

Apple AirPods Wireless Headphones with Charging Case (Latest Model)                                7/28/20, 6:39 PM

This is my first set of Airpods and they are great. Please note though that Costco's description i... Show Full Review

707 of 872 people found this helpful

See more 4 and 5 star reviews

Most Helpful Critical Review

★☆☆☆☆

The Maven · a year ago

**Right airpod not working**

Returned my perfectly working airpods to Apple to buy this at Costco at a discount. Got a dud right … Show Full Review

88 of 262 people found this helpful

See more 1, 2, and 3 star reviews

---

1–8 of 9582 Reviews                              ❓   Sort by: Most Relevant ⌄   ☰

   ★★★★★  mDOGG · 10 months ago                     Verified Purchaser

**Outstanding Product!**

I absolutely *love* these AirPods. I purchased them to replace a different type of Bluetooth headset that I purchased a couple of years ago which sat around my neck and featured retractable earbuds. These function MUCH better on my iPhone than my previous ones. They include the ability to access Siri simply by saying "Hey Siri" as long as at least one of them is in my ear. Additionally, they announce Caller-ID information for incoming calls unlike my previous headphones.

The battery life is exceptional. The case design is outstanding. I only wish they were available in black rather than white, but either way, they're the best wireless headphones I have ever owned.

✔ **Yes**,  I recommend this product.

Helpful?    Yes · 49    No · 6    Report

# EXHIBIT D

Delivery ZIP Code: **92101**   Change

Lists | Reorder

Home / Electronics / Audio/Video / Headphones & Earbuds

# Apple AirPods Wireless Headphones with Charging Case (Latest Model)

Item   1170991   |   Model   MV7N2AM/A



   

### Your Price                                          $139.99

Free Shipping

Shipping & Handling: $0.00*

   AppleCare+ for Headphones Available ❓

Features:
- 2nd Generation Airpods Charge Quickly in the Case
- Automatically on, Automatically Connected
- Double-tap to Play or Skip Forward
- Quick Access to Siri by Saying "Hey Siri"
- Easy Setup and Seamless Switching Between all your Devices

🚚   Estimated delivery **Thursday, July 30**
Delivery ZIP Code: **92101** Change

Qty   [ 1 ]                    Add to Cart

Add to Registry

Feedback

## Product Details                                                —

**Limit 5 per member**

**More magical than ever.**

Now with more talk time, voice-activated Siri access, AirPods deliver an unparalleled wireless headphone experience. Simply take them out and they're ready to use with all your devices. Put them in your ears and they connect immediately, immersing you in rich, high-quality sound. Just like magic.

**Wireless to the fullest.**

After a simple one-tap setup, AirPods are automatically on and always connected. Using them is just as easy. They sense when they're in your ears and pause when you take them out. And the AirPods experience is just as amazing whether you're using them with your iPhone, Apple Watch, iPad, or Mac.

**Performance you'll want to hear.**

Powered by the all-new Apple H1 headphone chip, AirPods deliver a faster and more stable wireless connection to your devices — up to 2x faster when switching between active devices, and a 1.5x faster connection time for phone calls. The H1 chip also drives voice-enabled Siri access and delivers up to 30 percent lower gaming latency. So whether you're playing games, listening to music, or enjoying podcasts, you'll experience higher-quality sound.

**The power of 24-hour battery life.**

AirPods deliver 5 hours of listening time — and now up to 3 hours of talk time — all on one charge. And they're made to keep up with you, thanks to a charging case that holds multiple charges for more than 24 hours of listening time. Need a quick charge? Just put AirPods back in the case for 15 minutes

to get up to 3 hours of listening time and 2 hours of talk time. To check the battery, hold the AirPods next to your iPhone or ask Siri "How's the battery on my AirPods?"

**Tech Specs**
- Weight: AirPods (each): 0.14 ounces, Charging Case: 1.34 ounces
- Dimensions: AirPods (each): 0.65 by 0.71 by 1.59 inches, Charging Case: 1.74 by 0.84 by 2.11 inches
- AirPod Sensors: Dual beam-forming microphones, dual optical sensors, motion-detecting accelerometer, speech-detecting accelerometer

**Power and Battery**
- AirPods with Charging Case: More than 24 hours listening time,
- AirPods (single charge): Up to 5 hours listening time, Up to 2 hours talk time 15 minutes in the case equals 3 hours listening time or over an hour of talk time
- Standard charging case charges using standard Lightning connector

**System Requirements**
- iPhone, iPad and iPod touch models with iOS 12.2 or later
- Apple Watch models with watchOS 5.2 or later
- Mac models with macOS 10.14.4 or later



Specifications     +

| Battery Life Up To | 24 Hour |
| --- | --- |
| Brand | Apple |
| Color | White |
| Compatible with | Apple iOS |
| Connection Type | Wireless |
| Features | Built-In Microphone |
| Features | Phone Control |
| Features | Rechargeable |
| Model | MV7N2AM/A |
| Talk Time | 3 Hour |
| Type of Headphones | In-the-Ear |
| Weight | 0.14 oz. |

Reviews (12369)     —

★★★★★   4.7    12369 Reviews

Reviews           Write a review

Rating Snapshot

Select a row below to filter reviews.

5★ ▬▬▬▬▬▬ 10599
4★ ▬ 1038
3★ ▪ 248

Feedback

| | | |
|---|---|---|
| 2 ★ | ▬▬▬▬▬ | 108 |
| 1 ★ | ▬ | 376 |

Average Customer Ratings

Overall   ★★★★★     4.7

Most Helpful Favorable Review

★★★★★          ★ Top 250 Contributor

Frank · a year ago

**Love these Airpods ...but the description is WRONG**

This is my first set of Airpods and they are great. Please note though that Costco's description i... Show Full Review

875 of 1057 people found this helpful

See more 4 and 5 star reviews

Most Helpful Critical Review

★☆☆☆☆

The Maven · a year ago

**Right airpod not working**

Returned my perfectly working airpods to Apple to buy this at Costco at a discount. Got a dud right ... Show Full Review

106 of 319 people found this helpful

See more 1, 2, and 3 star reviews

129–158 of 12369 Reviews       ❓   Sort by: Most Relevant ▾   ☰

 ★★★☆☆   Alffrey C · 10 months ago       ✦ Verified Purchaser

**No multi point connection.**

I like the portability, fit and sound quality of these buds but the unavailability of multi point connection was a deal breaker for me. Initially I thought it might be because I have a Macbook and an Android phone but then it didn't work between a Macbook and an iPhone / iPad as well. Even the cheapest $20 bluetooth earphones have this feature so I am beyond disappointed in Airpods. I am more astonished as to how come this point never comes across in any of the hundreds of tech reviews online.

✖ **No**, I do not recommend this product.

Helpful?   Yes · 0   No · 0   Report

 ★☆☆☆☆   DAvid L · a year ago       ✦ Verified Purchaser

**Apple Airpods**

**IT's NOT THE "LATEST MODEL"**

**False advertising!!**

✖ **No**, I do not recommend this product.

Helpful?   Yes · 6   No · 6   Report

Feedback

[See more 4 and 5 star reviews](#)

Most Helpful Critical Review

★☆☆☆☆

The Maven · a year ago

[Right airpod not working](#)

Returned my perfectly working airpods to Apple to buy this at Costco at a discount. Got a dud right … [Show Full Review](#)

106 of 319 people found this helpful

[See more 1, 2, and 3 star reviews](#)

309–338 of 12369 Reviews

Sort by: Most Relevant ▾  

 ★☆☆☆☆ Mr_Ro · 6 months ago               ✦ Verified Purchaser

[Failed left AirPod](#)

The left air pod failed in less than a week. It must me a know issue as I have seen many post online with ways trying to fix it. After multiple failed attempts, I decided to return the product. I do plan to give it one more try by purchasing directly from the store. The online shipping took way too long.

Helpful?   [Yes · 0]  [No · 1]  [Report]

★★★★★ Megan · 3 months ago               ✦ Verified Purchaser

[Keeping in touch with Momma!](#)

Got these as an anniversary gift for my mom, since I knew she would never treat herself to them. They're life changing, and she finds them so easy to use! It gives us the opportunity to stay in touch better with our busy lives since she can easily talk while she's making dinner or taking the dog for a walk.

✔ **Yes**, I recommend this product.

Helpful?   [Yes · 0]  [No · 0]  [Report]

 ★★★★★ Elia · a year ago               ✦ Verified Purchaser

[Authentic AirPods w/ regular charging case](#)

These work great and are exactly like you would purchase in the Apple Store or online. They are the newest model of AirPods One thing to keep in mind however, they do not include the wireless charging case. Keep that in mind, as the description is a bit confusing and I accidentally ordered the wrong pair.

Helpful?   [Yes · 0]  [No · 0]  [Report]

 ★★★★★ Rachel · 21 days ago               ✦ Verified Purchaser

[Apple AirPods](#)

These are excellent earbuds in every way except. I use them to lessen to audiobooks and podcasts. I love that my text messages are read aloud to me and the ease at which I can pause play My only concern is that I don't believe that I am getting five hours of listening time as noted in the specifications.

✔ **Yes**, I recommend this product.

Helpful?   [Yes · 0]  [No · 0]  [Report]

 ★☆☆☆☆ Sean · a year ago               ✦ Verified Purchaser

[Apple airpods](#)

Feedback

Helpful?   Yes · 25   No · 2   Report



★★★★★ Anees · a year ago        ✦ Verified Purchaser

Get them! You will not regret it!!

One of the best purchases I have ever made! These come in here and when I am hiking, running and dancing like a crazy person in room. Not once have they fallen out or even felt like they were going to fall out. They don't hurt or irritate my ears like other headphones do. Honestly, you barely even noticed they're there. My music sounds amazing and i like that i can leave one airpod out of my ear while hiking alone so I can hear if someone is coming up behind me. Totally recommend them!!!!

Helpful?   Yes · 6   No · 0   Report



★★★★★ Frank · a year ago        ★ Top 250 Contributor

Love these Airpods ...but the description is WRONG

This is my first set of Airpods and they are great. Please note though that Costco's description is wrong. These do NOT come with the wireless charge case. It only charges via lightening cable. Apple part number is MV7N2AM/A

✔ Yes, I recommend this product.

Helpful?   Yes · 875   No · 182   Report



★★★★★ JackJack · a year ago

Great addition to Apple product line

Nice sound, easy to use, and they recharge in the case. Very easy to use with my iPad, my iPhone XS, and my MacBook Air and switch between devices. Now these are my go-to headphones at home or at work.

✔ Yes, I recommend this product.

Helpful?   Yes · 47   No · 5   Report



★★★★★ hcross · a month ago        ✦ Verified Purchaser

Usual Apple excellence

I had never used cordless earbuds before, so this was a new experience for me. These AirPods are easy to use and set up. They have the quality I have grown to expect from an Apple product. They are intuitive, and as soon as you take them out, your iPhone cues you to set them up. So easy! The small case holds the AirPods, and you can charge with the included cable or with a wireless charger. They charge quickly.
I have an iPhone, iPad and MacAir, and it is easy to use these AirPods on all of them. It is also super easy to switch between the different Apple products, which I have found to be a problem with other bluetooth devices.

✔ Yes, I recommend this product.

Helpful?   Yes · 0   No · 0   Report



★☆☆☆☆ Aaron · a year ago        ✦ Verified Purchaser

Received Faulty Pods multiple times.

Feedback

✔ **Yes**,  I recommend this product.

Helpful?   [ Yes · 0 ]   [ No · 0 ]   [ Report ]

 ★★★★☆  <mark>Lucky</mark> · a year ago                              ✪ Verified Purchaser
<mark>Good Quality product</mark>

<mark>Had this item for a week, audio clarity is good. Easy to connect with my I phone 6+.
Only confusion is, I was hoping to</mark> <mark>get wireless</mark> charging case as it says Latest Model.

✔ **Yes**,  I recommend this product.

Helpful?   [ Yes · 2 ]   [ No · 7 ]   [ Report ]

 ★★★★★  Anonymous · 2 months ago                        ✪ Verified Purchaser
Consumer

Sounds great.. nice fit without putting in my ear. Also works great with Android. To make all the features work like IOS, you
must down load a 3rd party App. Works like a champ on IOS. I purchased this because I don't like sticking things in my ear. I
don't need noise cancelling. These are great without. Worth the purchase.

✔ **Yes**,  I recommend this product.

Helpful?   [ Yes · 0 ]   [ No · 0 ]   [ Report ]

 ★★★★☆  59911 · 4 months ago                          ✪ Verified Purchaser
Too large to fit

These work very well. The issue is the ear bud portion is just enough larger than the buds that come with in an iPhone that they
don't seat securely. I have small ear canals and they basically just hung on the bottom of my ears. Slightest touch or motion
with my head and they fall out. The pros allow for different fits.

✔ **Yes**,  I recommend this product.

Helpful?   [ Yes · 0 ]   [ No · 1 ]   [ Report ]

 ★★★★☆  JulieTshops · 7 months ago                     ✪ Verified Purchaser
Good quality made wireless headphones but...

Gave each of my kids these AirPods for Christmas. They loved them! Easy to connect to their iPhones via Bluetooth. Two of my
three kids did complain that the hinge of the charging case lid is loose such that the lid flops/swings open and close which they
found to be annoying but otherwise they were content with the AirPods.

✔ **Yes**,  I recommend this product.

Helpful?   [ Yes · 0 ]   [ No · 0 ]   [ Report ]

 ★★☆☆☆  Regular guy · a year ago                       ✪ Verified Purchaser
Great product when it's working

After casually use for several weeks it stopped working.
First, left pod stopped with right pod intermittently receiving sound. Then all pods stopped. Have tried connected to iphone,
ipad, macbook. Connection is fine but just not receiving streaming. Sound first come from the devices then went silent.

Feedback

7/27/2020

Bottom line is I spend literally hours getting these headphones to connect, that's absolutely not ok and I have no conception of how apple thinks it is, or other customers.

Right at the moment not for any amount of money or time can I get my AirPods to connect to my Mac. Not at all. Earlier today I had them connected just fine. Not a problem at all!

Tomorrow morning I bet I'll be able to connect them again, and there won't be any reason why any of this inconvenience happened. It's just apple gremlins.

Not. Worth. Your. Time. I'm sure it's a software issue, this problem comes and goes with the updates to the Mac. The quality is ultra sloppy and it shows when I now literally have to dig out my old headphones to plug in because these simply won't work.

I've followed every single piece of advice from Apple, forgetting the device on multiple devices, resetting them, you name it. Not for anything will it connect, the botton is unclickable. Really, for this kind of money you can do better.

✖ **No**,  I do not recommend this product.

Helpful?   Yes · 0     No · 0     Report

 ★★★★★ **Don D** · **7 months ago**                                                          ✦ Verified Purchaser

**Great product, but...**

These airpods are great, but be aware that this product comes with the 1st gen case and 2nd gen AirPods. The case itself can NOT be wirelessly charged. The description on Costco's website does not mention what comes in this bundle and needs to be updated to prevent future misunderstandings.

✔ **Yes**,  I recommend this product.

Helpful?   Yes · 0     No · 0     Report

 ★★★★★ **Rakpat** · 9 months ago                                                          ✦ Verified Purchaser

**Just what I wanted**

If you have iPhone then Airpod is must. The seamless integration between Apple devices is just out of this world. Yes it may not fit all ears but if it does this its a no brainer. Convenience, battery life and foot print of AirPod is unparalleled. So if you have iPhone then get one enjoy.

✔ **Yes**,  I recommend this product.

Helpful?   Yes · 0     No · 0     Report

309–338 of 12369 Reviews                                                                       ◄   ►

---

Feedback

### Shipping & Returns                                                                                    +

Standard shipping is via UPS Ground.

Standard shipping via UPS Mail Innovations is included in the quoted price. **The estimated delivery time will be approximately 5 - 7 business days from the time of order.**

This service is a combination of UPS and USPS shipping. Packages are delivered by USPS. Packages can be tracked at upsmi.com. Additional transit time may be required for Alaska, Hawaii and Puerto Rico.

Express shipping is via UPS.

Please choose your shipping method at checkout.

An additional Shipping and Handling fee will apply to express shipments. This fee will be quoted at checkout.

*Delivery is available to Alaska, Hawaii and Puerto Rico. An additional Shipping and Handling fee will apply to shipments going to Alaska, Hawaii or Puerto Rico. This fee will be quoted at checkout. Additional transit time may be required.

Costco.com products can be returned to any of our more than 700 Costco warehouses worldwide.

### SHOP CONFIDENTLY

We are committed to offering the best value to our members, with a risk-free 100% satisfaction guarantee on both your membership and merchandise. If you have questions about your membership or products you've purchased at Costco, please visit the membership counter at your local Costco or Contact Customer Service.

View Costco's Return Policy

For manufacturer warranty information simply go to Live Chat on the Costco.com Customer Service page, select Costco Online and then Warranty Information.

Hi Team,

The product which sent to me has some marks on it and it was dirty.
The package was good not sure why the device has some scars on it.
I have ordered lot many items from Costco and I never had this experience.
Hope the future deliverable are taken care appropriately

✔ **Yes**, I recommend this product.

Helpful?   Yes · 0   No · 2   Report

 ★★☆☆☆ **Allen S** · 4 months ago      🔵 Verified Purchaser
**Misleading and NOT true.**

I got the Pods only to find out that they did not come with the wireless case as the ad says. The ad is misleading and makes you think that you are getting the wireless case with the pods. You don't. You get the standard case that has to be plugged in to charge. Very disappointed!

✖ **No**, I do not recommend this product.

Helpful?   Yes · 0   No · 0   Report

 ★★★☆☆ First hp no mo brother · 11 months ago      🔵 Verified Purchaser
Almost perfect for me.

Cons: Crackling sound. People on other end say they hear some distortion. Left side stays in ear. Right side doesn't stay in ear.
Pros: Lightweight, comfortable fit. Fast charging case & small enough to fit in my pocket. Returning these, going to Apple to buy Powerbeats Pro

✖ **No**, I do not recommend this product.

Helpful?   Yes · 0   No · 0   Report

 ★★★★★ Matthew R · a year ago      🔵 Verified Purchaser
A nice upgrade from gen 1.

Not many new features but a nice upgrade from gen 1. I had many connectivity issues with gen 1 and with gen 2 none whatsoever. Also it's definitely faster to connect and faster to switch between devices. Also being able to summon Siri without double tapping is a welcome addition.

✔ **Yes**, I recommend this product.

Helpful?   Yes · 0   No · 0   Report

 ★★★★★ Satisfy · 2 months ago      🔵 Verified Purchaser
Apple AirPods

The AirPods are wonderful, no complaints. Too bad that Apple doesn't offer the accessories to secure the pods don't fall out of the ears (I almost lost one when wearing my husband's). I found the perfect accessories for my AirPods, check it out: Posh Tech 5-piece Accessories kit.

✔ **Yes**, I recommend this product.

Helpful?   Yes · 0   No · 0   Report

⊗ **No**, I do not recommend this product.

Helpful?   Yes · 0   No · 0   Report

 ★★★★☆ Shirley · 9 months ago       ✪ Verified Purchaser

**Air pods**

Love them !!! Now I don't have to be so close to my phone when on the treadmill and machines At the gym, I also can keep my phone in my tote when walking !! Great purchase , I just have to remove one when I talk to friends at gym

✔ **Yes**, I recommend this product.

Helpful?   Yes · 0   No · 0   Report

 ★★★★★ babjo · a year ago       ✪ Verified Purchaser

**Get a case to protect from scratches.**

My son loves it, and uses it all the time! Costco offered it for a great price. If you are a perfectionist like my son, make sure you order a silicone case for this because the plastic case gets microscratches extremely easily.

✔ **Yes**, I recommend this product.

Helpful?   Yes · 0   No · 0   Report

 ★★★★★ Christine B · a year ago       ✪ Verified Purchaser

**Apple airpods**

Best earphones! Can only be paired to one device at a time. Long battery life. Excellent sound quality. This is the newer version. Looks the same as my old version and yet to see the differences as today is the first day of use.

✔ **Yes**, I recommend this product.

Helpful?   Yes · 0   No · 0   Report

 ★★★★★ tshort63 · 6 months ago       ✪ Verified Purchaser

**Should have bought them years earlier.**

Should have bought them years earlier. Only issue is that the ipods solo seem to only carry a charge for about 4 hours. Would be a drag on a cross-country flight to have to recharge them part way through. Very small nit though.

✔ **Yes**, I recommend this product.

Helpful?   Yes · 0   No · 0   Report

 ★★★☆☆ BernBoots · a year ago       ✪ Verified Purchaser

**AirPods**

I purchased these because they were advertised as a having the wireless charging case.... they did NOT have the wireless charging case. Costco would not honor that advertisement and I had to purchase the other case separately.

Helpful?   Yes · 0   No · 5   Report

 ★☆☆☆☆ TangX · a year ago      ⊕ Verified Purchaser

**Disappointed**

It arrived yesterday evening. I tested out and it was working. After charging it at night, when I was to use it this morning, left earbud was not connecting. It shows it is charged, but no connection when I put it on..... very disappointed!

Helpful?   Yes · 0   No · 4   Report

 ★☆☆☆☆ Sang5ang · 7 months ago      ⊕ Verified Purchaser

**FRAUD! Costco is selling 1gen not 2nd gen**

I bought the Air Pod thinking it was 2nd gen. at the store but week later found out it was 1st gen. I will be returning for a refund. Dear Costco, this is probably an error so you need to change the store sign as it is stated as 2nd gen.

⊗ **No**, I do not recommend this product.

Helpful?   Yes · 0   No · 2   Report

 ★☆☆☆☆ Matea · 4 months ago

**Glitchy**

Bought these in March and had no issues with them until a few weeks ago. They keep glitching and people can't hear me. I will be returning them and hoping I can purchase a new pair and they won't have the same issue. Fingers crossed

⊘ **Yes**, I recommend this product.

COSTCO Originally posted on costco.ca

 ★☆☆☆☆ Kenn · a year ago      ⊕ Verified Purchaser

**Product arrive dead**

Dead on arrival

Helpful?   Yes · 2   No · 8   Report

 ★☆☆☆☆ Jpilot · a year ago      ⊕ Verified Purchaser

**Not the latest model.**

No wireless charger. The latest model has wireless.

⊗ **No**, I do not recommend this product.

Helpful?   Yes · 1   No · 4   Report

 ★☆☆☆☆ tuguy80 · 2 months ago      ⊕ Verified Purchaser

**NOT WIRELESS!!!**

Feedback

Oh it's AirPods alright... but NOT wireless!!! If you want wireless, this is NOT it. Apparently the 2 ladies that helped me at Costco don't know anything about Apple products... tsk tsk!

Helpful?  Yes · 0   No · 0   Report



★☆☆☆☆ viv27 · a month ago
**Airpods battery life is very poor it. 1 hr max**

I have been using this for work and after 1 hr of call the battery dies for the air pods. Are they genuine apple airpods bcoz it claims 5 hrs of battery life. I have returned it.

✖ **No**,  I do not recommend this product.

**Costco**  Originally posted on costco.ca



★☆☆☆☆ Sun Lovin · 17 days ago
**second set DEAD after 6 months**

It's not as if we are hard on these at all, or use them frequently. They haven't been dropped, gotten wet or misused in any way. For the money these are NOT worth it.

✖ **No**,  I do not recommend this product.

Helpful?  Yes · 0   No · 1   Report



★★★★★ Sant · a year ago                                    ⊕ Verified Purchaser
**This not latest model**

This is not latest model, this is old model with regular charging case

✖ **No**,  I do not recommend this product.

Helpful?  Yes · 1   No · 7   Report



★☆☆☆☆ Maxi · 7 months ago                                   ⊕ Verified Purchaser
**Very Important Review. Please READ**

I ordered my apple AirPods wireless headphones with Charging Case 2nd generation through Costco online. I received it today and as soon as I got home I paired it seamlessly. I tried it for 30 mins. It has a nice sound, easy to use but it keeps falling off my ears, both sides. It does not quite fit on my ears so I decided to take it back to Costco which is so close to my house. I probably have the item for only an hour. When I took it to Costco warehouse, I was told that the serial number of the AirPods and the charging case do not match, hence they will not take it back. I told him how could that happen? I just got the AirPod delivered to my home. They asked me if I have another AirPods and I said no this is my very first one. They thought that it could have been swapped with another AirPods. Wow, what an insulting question me like that wherein I had the item for less an hour. So the lesson here is it seems that Costco Apple suppliers are deceptive and sell Apple items with unmatching or two different serial numberS. So beware of unmatching serial numbers because Costco warehouse will not let you return the item.

✔ **Yes**,  I recommend this product.

Helpful?  Yes · 0   No · 1   Report

Awesome as expected out of any apple product. Cheaper than any other place as well!

Helpful?   Yes · 0   No · 0   Report



★★★★★ jckim2 · a year ago
**Love my AirPods!**

These are my second set of AirPods. Great sound and connectivity on all my Apple devices.

✔ **Yes**, I recommend this product.

Helpful?   Yes · 0   No · 0   Report



★★★★★ Pamela · a year ago
**I caved. They're awesome.**

These are awesome. I didn't think I would care much for them but the more I use them, the more I realize that they are convenient and well-built for everyday use. I did worry about the ergonomics of the pods falling out of my ears but you really need to be doing major gymnastics for that to happen!

I am known for losing things all the time but I've become in tune with always putting them back in their case right away! Make sure you get a case with a solid caribiner for hooking into your purse/bag/key chain.

To address the title on Costco's website: yes, it is a bit misleading. It should at least say that the charging case is not wireless. I debated on the generations and price-point because of this option before pulling the trigger. I am happy to say that I'm glad that I went with the 1st generation charging case. I'm horrible at throwing devices on pads to be charged! When it's fully charged, I can go days not charging it and the air pods still get hours/days of listening time.

Costco gave the best deal and hopefully they continue to keep these in stock. They make a great gift for anyone!

✔ **Yes**, I recommend this product.

Helpful?   Yes · 0   No · 0   Report



★★★★★ Bekah C · a year ago        🔵 Verified Purchaser
**Amazing Deal**

I was so excited when I saw that Costco was carrying these. It is a great deal for the latest model. I previously purchased an off brand pair from a random site and they worked less than a week. Cant go wrong with Apple products and Costco's excellent return/exchange policy.

Helpful?   Yes · 0   No · 0   Report



★★★★★ Bill · a year ago        🔵 Verified Purchaser
**Apple Airpods**

fast and exactly what it displayed

Helpful?   Yes · 0   No · 0   Report

★★★★★ Happy Costco Customer · a year ago        🔵 Verified Purchaser

Feedback

# EXHIBIT E

Apple AirPods with Charging Case (Latest Model) - Walmart.com - Walmart.com                7/24/20, 11:18 AM



| Pickup & delivery | **Walmart.com** |

☰  **Walmart** ✳️    [ 🔍 Search Walmart.com ] 🔍    👤 Account    ↻ Reorder    🛒 0

●— NextDay delivery      📍 Delivering to 92128

For your safety, everyone must wear a face covering in stores starting 7/20.
Learn more

Electronics / Audio / Headphones / **Headphones**                f  p  t

## Apple

# Apple AirPods with Charging Case (Latest Model)

Model: MV7N2AM/A    Walmart # 574838724

★★★★⯪  (4.7)   2711 ratings    Write a review

## $139.00

**Add protection for your device:**   None selected    Show less

◉  I don't need protection at this time

🛡️  **Walmart protection plan**
Peace of mind with the best value for device replacment
○ 3-Year for $19.96
○ 2-Year for $16.00

🍎  **Applecare+**
Service & support from the people who know your product best
○ AppleCare+ for Headphones for $29.00

💬 Feedback

Qty:
[ 1  ⌄ ]    **Add to cart**

🛴 It's past time for *NextDay delivery* tomorrow. Order by 9pm on Sun, Jul 26 for delivery by **Mon, Jul 27**.



💬 Report incorrect product information

https://www.walmart.com/ip/Apple-AirPods-with-Charging-Case-La...3336297&wl5=9052127&wl6=105331780008&wl7=9052127&wl8=&veh=sem                Page 1 of 14



Apple AirPods with Charging Case (Latest Model) - Walmart.com - Walmart.com

07/24/20, 11:18 AM



**Free 2-day delivery**
Arrives by Mon, Jul 27

**Free pickup today**
**In stock** at Poway, 13425 Community Road

More delivery & pickup options

Sold & shipped by  Walmart    |    Return policy

Add to list                    Add to registry

### 6 other sellers from $134.90

**$134.90**+ Free **delivery**
Sold & shipped by  Vovoya Inc.

**$138.99**+ Free **delivery**
Sold & shipped by  ITPARTS.COM

Compare all 7 sellers

### Highlights

| | |
|---|---|
| **Brand** | Apple |
| **Headphone Type** | Wireless Headphones, In-Ear Headphones |
| **Wireless Technology** | Bluetooth |
| **Headphone Feature** | True Wireless, True Wireless\|Microphone |
| **Condition** | New |

See full item details



**PROTECT your AirPods**
Keep your tech safe
with stylish case covers.

Apple AirPods with Charging Case (Latest Model) - Walmart.com - Walmart.com



9/24/20, 11:18 AM

Shop now

## Better Together



+

**Total = $165.34**

*NextDay eligible*

**Add all to cart**

Apple AirPods with
Charging Case (Latest
Model)

**$139.00**

Apple Lightning to USB
Cable (2 m)

**$26.34**

## Customers also considered



Apple AirPods with Wireless Charging Case
(Latest Model)

★★★★½  777

Refurbished Apple MMEF2AM/A AirPods
Wireless Bluetooth Earphones

★★★½☆  41

Refurbished Apple AirPo
Charging Case MV7N2A

★★★★☆  67

Apple AirPods with Charging Case (Latest Model - Walmart.com - Walmart.com                                                      9/24/20, 11:18 AM

| $169.00 | $114.99 | $117.79 |
| --- | --- | --- |
| *NextDay eligible* | 2-day delivery | 2-day delivery |

● ● ● ● ● ●

## About This Item

**We aim to show you accurate product information.** Manufacturers, suppliers and others provide what you see here, and we have not verified it. See our disclaimer

**NOTE: This model contains the standard lightning charging case, NOT the wireless charging case.**
The new AirPods combine intelligent design with breakthrough technology and crystal clear sound. Powered by the new Apple H1 headphone chip, AirPods now feature hands-free access to Siri using just your voice. And up to 3 hours of talk time on a single charge.

**Key Features**

- Automatically on, automatically connected
- Easy setup for all your apple devices(2)
- Quick access to Siri by saying "Hey Siri"
- Double-tap to play or skip forward
- New Apple H1 headphone clip delivers faster wireless connection to your devices
- Charges quickly in the case
- Case can be charged using the lightning connector
- Rich, high-quality audio and voice
- Seamless switching between devices
- Listen and talk all day with multiple charges from the Charging Case(3).
- Condition : New

Legal
(1)Battery life depends on device settings, environment, usage, and many other factors.
(2)Requires an iCloud account and macOS 10.14.4, iOS 12.2, or watchOS 5.2
(3)Battery life varies by use and configuration.
(4)Requires latest version of iOS.
(5) Battery life depends on device settings, environment, usage, and many other factors.
(6)Testing conducted by Apple in February 2019 using preproduction AirPods (2nd generation), Charging Case, and Wireless Charging Case units and software paired with iPhone XS Max units and prerelease software. Volume was set to 50%. Testing consisted of full AirPods battery discharge with a cellular phone call until the first AirPod stopped playing call audio. The drained AirPods were charged to 100 percent, then the cellular phone call was restarted until the first AirPod stopped playing call audio. This cycle was repeated until both the AirPods and charging case were fully discharged. Battery life depends on device settings, environment, usage, and many other factors.
(7)Testing conducted by Apple in February 2019 using preproduction AirPods (2nd generation),

Charging Case, and Wireless Charging Case units and software paired with iPhone XS Max units and prerelease software. The playlist consisted of 358 unique audio tracks purchased from the iTunes Store (256-Kbps AAC encoding). Volume was set to 50%. Testing consisted of full AirPods battery discharge while playing audio until the first AirPod stopped playback. Battery life depends on device settings, environment, usage, and many other factors.

(8)Testing conducted by Apple in February 2019 using preproduction AirPods (2nd generation), Charging Case, and Wireless Charging Case units and software paired with iPhone XS Max units and prerelease software. The playlist consisted of 358 unique audio tracks purchased from the iTunes Store (256-Kbps AAC encoding). Volume was set to 50%. 15-Minute charge testing conducted with drained AirPods that were charged for 15 minutes, then audio playback was started until the first AirPod stopped playback. Battery life depends on device settings, environment, usage, and many other factors.

(9)Testing conducted by Apple in February 2019 using preproduction AirPods (2nd generation), Charging Case, and Wireless Charging Case units and software paired with iPhone XS Max units and prerelease software. Volume was set to 50%. 15-Minute charge testing conducted with drained AirPods that were charged for 15 minutes, then a cellular phone call was started until the first AirPod stopped playing call audio. Battery life depends on device settings, environment, usage, and many other factors.

## Specifications

| | |
|---|---|
| Features | Wireless\|Microphone Included\|Bluetooth |
| Brand | Apple |
| Color | White |
| Manufacturer | Apple |
| Manufacturer Part Number | MV7N2AM/A |
| Assembled Product Dimensions (L x W x H) | 0.70 x 0.60 x 1.34 Inches |

## Take an interactive tour

Don't just read about this product's features--see for yourself!



- <u>360° rotation</u>

Apple AirPods with Charging Case (Latest Model) - Walmart.com - Walmart.com                    9/24/20, 11:18 AM



## Customers also bought these products

ROLLBACK



Apple Watch Series 3 GPS - 38mm - Sport Band - Aluminum Case

★★★★½  1496

**$169.00 - $229.00**

*NextDay eligible*

Madden NFL 20, Electronic Arts, PlayStation 4, 014633738377

★★★★½  186

**$29.99** $59.99

2-day delivery

Straight Talk Apple iPhone Smartphone with 32GB

★★★★☆  959

**$99.00**

● ○ ○ ○ ○ ○

## Customer Reviews

Apple AirPods with Charging Case (Latest Model) - Walmart.com - Walmart.com                          9/24/20, 11:18 AM

**4.7** ★★★★⯪
2711 reviews

| | | |
|---|---|---|
| 5 stars | ▬▬▬▬▬▬▬▬ | 2328 |
| 4 stars | ▬ | 187 |
| 3 stars | ▪ | 58 |
| 2 stars | ▪ | 30 |
| 1 star | ▪ | 108 |

[ See all reviews ]   [ Write a review ]

---

**Most helpful positive review**

11 customers found this helpful

★★★★★

Was reluctant to purchase these given the price point and wasn't sure if I would use them that much, but these are awesome. High audio quality, good mic

(VS)

**Most helpful negative review**

★★☆☆☆

Okay so they are expensive and after months of using it the top lid broke. I would expect apple to make their products so me opening and closing it

See more ⌄                                    See more ⌄

---

**Frequent mentions**

[ Sound (83) ]  [ Quality (49) ]  [ Price (42) ]  [ Gift (25) ]  [ Battery life (17) ]  [ Value (15) ]

[ Usage (11) ]  [ Fit (11) ]  See more

---

1-10 of 2711 reviews

Most relevant ⌄

Sort by

★★★★★

Was reluctant to purchase these given the price point and wasn't sure if I would use them that much, but these are awesome. High audio quality, good mic quality, love the compact case and the ability to easily use one earbud or both together. \n \nI have a Google Pixel 2 and occasionally have

Apple AirPods with Charging Case (Latest Model) - Walmart.com - Walmart.com                    7/24/20, 11:18 AM

See more ⌄

codarus, June 23, 2020

&#128100; Walmart associate

&#128077; 11        &#128078; 6        &#127988;

---

★★★★★  **Air Pod 2 wired**

Purchased this as a birthday gift. The recipient was BEYOND pleased with this product. The product definitely EXCEEDED his expectations. He mentions how great they are on a daily basis. The sound quality is very clear and crisp. The battery life is also amazing.

See more ⌄

ShopperMom, July 3, 2020

✓ Verified purchaser

[Sam's] Written by a customer while visiting **samsclub.com**

&#128077; 0        &#128078; 0        &#127988;

---

★★★★★  **Bought on black friday, great deal**

It's April and these are still going strong. I gave to my daughter for Christmas and normally by now she loses or breaks all her earbuds. These seem to work just like they did the first day, even with the delivery driver throwing them on my porch....anyway... great item, durable, but easy to lose so be

See more ⌄

ProfessorSnape, April 8, 2020

✓ Verified purchaser

&#128077; 3        &#128078; 2        &#127988;

---

Apple AirPods With Charging Case (Latest Model) - Walmart.com - Walmart.com

7/24/20, 11:18 AM

★★★★★  **My teen loves them!**

I bought these for my teenage daughter and she loves them! They can packaged nicely and pre charged! They were easy to set up and are easy to use. She loves how easy it is to change songs and answer calls. The battery life is great, she uses them all the time and has never had an issue with

See more ⌄



Candice, March 11, 2020

 0      0     

---

★★★★★  **I like em!**

Surprised at how long they last without needing to be charged. The airpods themselves last a day/day and a half for me because I don't extensively use them. That being said, the case could probably last around 3 to 4 days for me. Sound quality is pretty good too and they get pretty loud.

See more ⌄



Jenn, December 17, 2019

 0      0     

---

★★★★★  **Wow! what a great product.**

Wow what a great product. What I like about these Apple AirPods with Charging Case is that once they are easily paired with your device they are Automatically on and automatically connected when your ready to use them. Setup couldn't be easier just follow the handout and your up and

See more ⌄



Huffstuff, December 10, 2019

 0     0    ⚑

★★★★☆

I haven't used them much, but I do like them. The only thing that I would say about them would be the fact that they weren't connecting to my phone real well the first couple times. I have nothing bad to say about them though, this has been the most I have spent on headphones and I am glad.

See more ⌄

  

Marie, January 6, 2020

 0     0    ⚑

★★★★☆   **Love these**

I love these i wear them in a loud warehouse and it works really good. They last for atleast eight hours. I put one in at a time. Only think i dont like you can answer the phone

Apple AirPods with Charging Case (Latest Model) - Walmart.com - Walmart.com                                    7/24/20, 11:18 AM

See more ⌄

Rosehelle, July 11, 2020

✓ Verified purchaser

👍 0        👎 0        🚩

---

★★★☆☆  **Earpods**

Not completely noise canceling earpods

See more ⌄



Casandra, April 17, 2020

✓ Verified purchaser

👍 0        👎 0        🚩

---

★★☆☆☆

Okay so they are expensive and after months of using it the top lid broke. I would expect apple to make their products so me opening and closing it doesn't break the lid. It needs better quality casing. i mean were paying big money here

See more ⌄

Z, July 7, 2020

Apple AirPods with Charging Case (Latest Model) - Walmart.com - Walmart.com                    7/24/20, 11:18 AM

✓  Verified purchaser

👍 0        👎 0        🚩

---

See all 2711 reviews

---

## Customer Q&A

Get specific details about this product from customers who own it.

**Ask a question**

Number of answers        ⌄

Sort by

1-3 of 77 questions

---

This product seems to be the original AirPods - not the
wireless charging 2019 model. Is this correct?

4 Answers  ⌄
Last answer: April 3, 2019

---

What AirPods are these? Are these the 2 or 1st gen?

3 Answers  ⌄
Last answer: March 28, 2019

---

Case 3:20-cv-00718-LAB-BLM   Document 12-2   Filed 07/27/20   PageID.291   Page 42 of 59

Are these ear phones by APPLE? The description doesn't say like the other ones do??

3 Answers ⌄

Last answer: March 28, 2019

1   2   3   4   5   6   …   26   ›

## Policies & Plans

**Warranty plan**

Pricing policy

Returns

### Walmart Protection Plans

Most items come with a limited manufacturer's warranty. The addition of a Walmart Protection Plan adds extra protection from the date of purchase. Walmart Protection Plans cover the total cost of repair, or replacement, for products, as well as covering delivery charges for the exchange.

Walmart Protection Plan options and pricing can be found on the product page, as well as in your cart. Go to www.walmart.com/protection to see all the coverage offered for each product. You can view your Walmart Protection Plan after your purchase in the Walmart Protection Plan Hub.

**Product warranty:** 1 Years
See details ⌄

Already purchased your product? A Walmart Protection Plan can be added within 30 days of purchase. Click here to add a Plan.

Apple AirPods with Charging Case (Latest Model) - Walmart.com - Walmart.com                                    7/24/20, 11:18 AM

**Related Pages :**

Portable Audio, Earbuds and In-ear Headphones, Wireless and Bluetooth Headphones, Sports Headphones, Headphone Cases, Samsung Headphones, Noise Cancelling Headphones, True Wireless Headphones

---

| Enter email for weekly newsletter. | **Sign up** |

f   t   p   y   o                                    Mobile apps

| **Walmart Services** | **Get to Know Us** | **Walmart.com** | **Customer Service In The Spotlight** |
|---|---|---|---|
| Grocery Pickup & Delivery | Our Company | Walmart Labs | Help Center | Portable Air Conditioners |
| MoneyCenter | Digital Museum | Our Ads | Returns | PS4 |
| Walmart Credit Card | Our Suppliers | Terms of Use | Product Recalls | Trampoline |
| Walmart Pay | Sell on Walmart.com | Privacy & Security | Accessibility | Skateboard |
| Weekly Ad | Advertise With Us | CA Privacy Rights | Contact Us | Outdoor Furniture |
| Other Services | Careers | Do Not Sell My Personal Information | Store Pickup | Nintendo Switch Lite |
| | | Request My Personal Information | | |
| | | Tax Exempt Program | | |

Shop Our Brands

---

© 2020 Walmart. All Rights Reserved.               To ensure we are able to help you as best we can, please include your reference number: VR4463QNWQ

EXHIBIT F

Target / Electronics / Headphones

## Apple AirPods with Wired Charging Case

Shop all Apple



# Snap a pic!
# We'd love to see it!

📷 Upload photo

♡

o   o

**$139.99** Sale

Reg: $159.99 Save $20.00 (13% off)

⭐⭐⭐⭐⭐ 1861 | 135 Questions

Save 5% every day with RedCard

Learn more

**Or**

Starting at **$12.64/month** on $100+ orders with 

Learn more

**Quantity**

1 ⌄

☐  2 Year Headphones & Speakers Protection Plan with Accidents coverage
**$40.00**  See plan details

**Pick up today** at __Mira Mesa__

Edit store

Pick it up

Edit store

Ready within 4 hours for pickup inside the store.

**Same Day Delivery** to **92130**

Edit zip code

Not eligible for Same Day Delivery to this address

**Deliver** to **92130**

Edit zip code

Get it by Wed, Jul 29 with free standard shipping



Ship it



<u>Try free Drive Up, only in the Target App.</u>

  Add to registry

<u>Help us improve this page</u>

## About this item

**Details**      Shipping & Returns      Q&A (135)

### Highlights

- Automatically on, automatically connected

- Easy setup for all your Apple devices*

- Quick access to Siri by saying "Hey Siri"

- Double-tap to play or skip forward

- New Apple H1 headphone chip delivers faster wireless connection to your devices

- Charges quickly in the case

- Case can be charged using the Lightning connector

Show more

## This item:

## Frequently bought together

**$139.99**

Apple AirPods with Wired Charging Case

**$169.99**

Apple AirPods with Wireless Charging Case

**$249.99**

Apple AirPods Pro

**$7.99**

Apple Lightning to 3.5mm Headphone Adapter

Subtotal: **$567.96** (4 items)

Add all 4 to cart

# This product is featured in a Target Finds Gift List



Gift Ideas

## Just the gift for whoever needs celebrating.

# Recommended

**More to consider**    Similar items    Guests also bought

**Sale: $169.99**

Apple AirPods with Wir…

**$199.99**

Bose SoundSport Free…

sponsored

**$249.99**

Apple AirPods Pro

**$9.99**

heyday™ AirPod Case - …

**$24.99 - $29.99**

Catalyst AirPod Case

**$79.99**

Apple Wireless Chargin…

Show more (6)

# EXHIBIT G



connection to your devices
- Charges quickly in the case
- Case can be charged using the Lightning connector

Show more

**Jump to:** Compare devices  |  Technical details



New & Used (12) from $114.38    FREE Shipping

Sold by: DataVision Computer Video

New & Used (12) from $114.38
FREE Shipping

Have one to sell?

Sell on Amazon

---

### Special offers and product promotions

Configuration: **AirPods** | Style: **AirPods + Charging Case**

- **Save on COVID-19 supplies for organizations on the front lines. Learn more »**





# Wireless to the fullest.

After a simple one-tap setup, AirPods are automatically on and always connected.[1] They sense when they're in your ears and pause when you take them out.



# Simplicity from start to Siri.

Connecting to your iPhone is effortless. And you can share a song between two sets of AirPods,[2] or even have Siri announce your messages.[3]



# Performance you'll want to hear.

Whether you're playing games or listening to music, the H1 chip delivers a stable, low-latency wireless connection for high-quality sound.

# The power of 24-hour battery life.

AirPods are made to keep up with you, thanks to a charging case that holds multiple charges for more than 24 hours of listening time.[4]

More than

## 24 hrs

of battery life with charging case

Up to

## 5 hrs

of listening time on one charge[5]



Music

## Lose yourself in 60 million songs.◊



Compatibility

## All the makings of a perfect pairing.



# EXHIBIT H

**HARIRI LAW GROUP**
RAMIN R. HARIRI  (SBN: 251625)
402 West Broadway, Floor 22
San Diego, CA 92101
Tel: (619) 363-2889
Fax: (619) 810-0791
Email: ramin@haririlaw.com

**KHASHAYAR LAW GROUP**
DARYOOSH KHASHAYAR (SBN 236496)
TAYLOR MARKS (SBN 308381)
12636 High Bluff Dr., Ste. 400
San Diego, California 92130
Phone: (858) 509-1550
Fax: (858) 509-1551
Email: daryoosh@mysdlawyers.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOMAS, Individually and on behalf of all others similarly situated , <br><br> Plaintiffs, <br><br> vs. <br><br> COSTCO WHOLESALE CORPORATION; DOES 1-10, inclusive <br> Defendants. | CASE NO.: 20-cv-0718-LAB-BLM <br><br> *Hon. Larry A. Burns* <br><br> **Declaration of Danial Holzer** <br><br> Action Filed on April 15, 2020 |

I, Danial Holzer, declare as follows:

1.     I purchased the Apple Airpods 2nd Generation from Costco located at Carmel Mountain road in Carmel Mountain Plaza in San Diego Ca, on or about September of 2019.

Hariri Law Group
402 West Broadway Floor 22
San Diego, CA 92101

Khashayar Law Group
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

2. I researched the product at the Costco website (www.costco.com) before purchasing, and in my review of the description of the product on the Costco website, it said that the product was wireless, and that it was wireless fully. When I made the purchase I was under the impression that the Airpods as well as the charging case were all wireless.

3. The verbiage used to describe the product online as well as the one ones in the store express that the entire package is wireless (both Airpods and charging case).

4. It was not until I got home and opened the box, that I realized that the charging unit they gave me was not wireless. When I purchased the Airpods I did it with the understanding that both the Airpods and charging case were wireless. I would not have purchased this product if I would have known that the charging case was not wireless.

5. I went back and read the website again after my purchase, and it was very confusing, I still understand it to say that the entire thing is wireless and not only the Airpods . I believe the description on the Costco website is misleading and leads people like myself to believe the entire product (both Airpod and box) are wireless.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of July 2020, in San Diego , California.

Danial Holzer Declarant

Hariri Law Group
402 West Broadway Floor 22
San Diego, CA 92101

Khashayar Law Group
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

2

# EXHIBIT I



**HARIRI LAW GROUP**
RAMIN R. HARIRI  (SBN: 251625)
402 West Broadway, Floor 22
San Diego, CA 92101
Tel: (619) 363-2889
Fax: (619) 810-0791
Email: ramin@haririlaw.com

**KHASHAYAR LAW GROUP**
DARYOOSH KHASHAYAR (SBN 236496)
TAYLOR MARKS (SBN 308381)
12636 High Bluff Dr., Ste. 400
San Diego, California 92130
Phone: (858) 509-1550
Fax: (858) 509-1551
Email: daryoosh@mysdlawyers.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON THOMAS, Individually and on behalf of all others similarly situated , | CASE NO.: 20-cv-0718-LAB-BLM |
| | *Hon. Larry A. Burns* |
| Plaintiffs, | **Declaration of Behnam Tabrizi** |
| vs. | Action Filed on April 15, 2020 |
| COSTCO WHOLESALE CORPORATION; DOES 1-10, inclusive | |
| Defendants. | |

I, Danial Holzer, declare as follows:

1.     I purchased the Apple Airpods 2nd Generation from Costco located at Carmel Mountain road in Carmel Mountain Plaza in San Diego Ca, on or about November 26, 2019.

1

2.      I purchased it for my daughter who wanted the fully wireless Airpods. I researched the product at the Costco website (www.costco.com) before purchasing, and in my review of the description of the product on the Costco website, it said that the product was wireless, and that it was fully wireless, nothing on the site said that the charging case was not wireless. When I made the purchase I was under the impression that the Airpods as well as the charging case were all wireless.

3.      The verbiage used to describe the product online express that the entire package is wireless (both Airpods and charging case).

4.      It was not until I got home and gave it to my daughter, that we realized that the charging case they gave me was not wireless. When I purchased the Airpods I did it with the understanding that both the Airpods and charging case were wireless. My daughter wanted the fully wireless Airpods (both Airpods and case wireless). I would not have purchased this product if I would have known that the charging case was not wireless.

5.      My daughter and I both went back and read the website again that night after my purchase, and it was very unclear,  we were both arguing about what the description meant. I still understand it to say that the entire thing is wireless and not only the Airpods .  I believe the description on the Costco website is misleading and leads people like myself to believe the entire product (both Airpod and case) are wireless.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of July 2020, in San Diego , California.

Behnam Tabrizi Declarant

Hariri Law Group
402 West Broadway Floor 22
San Diego, CA 92101

Khashayar Law Group
12636 High Bluff Drive, Suite 400
San Diego, CA 92130

2