

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jason Thomas, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Costco Wholesale Corporation; Does 1-10, inclusive<br><br>**Defendant.** | Civil Action No. 20-cv-00718-LAB-BLM<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court therefore holds that Costco is entitled to summary judgment. Thomas' claims are DISMISSED WITH PREJUDICE and the putative class claims are DISMISSED WITHOUT PREJUDICE. The case is hereby closed.

Date:  3/12/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ J. Olsen

J. Olsen, Deputy